FILED
2004 Dec-21 PM 01:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **ARTHUR EARL THOMPSON,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| vs. ) | |
| ) | **CASE NO. CV03-S-2593-NE** |
| **STEPHEN BULLARD, Warden,** ) | |
| **and THE ATTORNEY GENERAL** ) | |
| **OF THE STATE of ALABAMA,** ) | |
| ) | |
| **Respondents.** ) | |

## FINAL JUDGMENT

On November 23, 2004, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. On December 7, 2004, petitioner filed objections to the magistrate judge's report and recommendation.[1]

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is, therefore,

---

[1] While the objections were file-stamped December 13, 2004, they were signed by petitioner on December 7, 2004; thus, the objections are deemed filed on December 7, 2004. *See Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2397, 101 L.Ed.2d 245 (1988) (date of signing and submission for mailing by inmate is effective date of filing).

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DENIED.

DONE this the 21st day of December, 2004.

                                                                      _____
                                                                      United States District Judge